FILED
CLERK, U.S. DISTRICT COURT

NOV - 2 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

Elizabeth Thomas
20827 Norwalk Blvd #39
Lakewood, CA 90715
562-541-3665
lakewoodcarsonstreet@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**2:22-CV-07989-SPG-JEM**

ELIZABETH THOMAS,

Plaintiff,

vs.

CADENCE CAPITAL INVESTMENTS, LLC,

Defendant

William Rothacker JR.
BV Lakewood Carson SE LLC.
Galaxy Security Company, LLC
CADENCE CAPITAL INVESTMENTS, LLC

Case No.:

**COMPLAINT**

## JURISDICTION

The federal court has subject matter jurisdiction because the events explained in this complaint happened in this district.

## VENUE

1

Venue is proper because the property is located in this district.

## PARTIES

The plaintiffs name is Elizabeth Thomas. She owns a business called *Lives*

WORKTOUGH INC. dba LAKEWOOD SHAMPOO, ONESTOP WASH AND DETAIL. Her

business and home is located at 11747 Carson Street, Lakewood, CA 90715. She has lived

there for over 8 years and 10 months est) *3 yrs* *10 months* She recently was sued by BV LAKEWOOD

CARSON SE LLC for unlawful detainer, Eviction.

Cadence Capital Investments, LLC is owned by William Rothacker JR. At trial

when cross examined his response to every question was that he never seen nor been to *BV Lakewood Carson SE LLC*

the property and that he knows nothing about the property.

## STATEMENT OF FACTS

FACT: July 11, 2022, Plaintiff was forced and removed from her home and

office.

FACT: The defendant had caused a disturbance at my business.

FACT: The defendant had my Mercedes Benz and Chevy Tahoe illegally

towed away and the Mercedes Benz sold at auction.

FACT: The defendant tried to use plaintiffs Chevy Tahoe as leverage to make

her leave her property so that he could take ownership of her property.

FACT: Defendant has cut off my breakers, so at
night time my property is dark and looks abandoned.
The weeds are becoming to be overgrown and everything
is beginning to look unmanaged. My gardener was threatened
to never come back to the property.

2

FACT: The defendant has filed pleadings and legal documents with the wrong

intentions.

FACT: Defendant has postponed trial to cause unnecessary delay.

FACT: The defendant sent a request for a postponement of trial.

~~FACT: The commissioner sent plaintiff a copy of what was sent to the~~

FACT: Michael Pearce sent a copy of defendants Request for Postponement
of Trial to me. Plaintiff is suing in small claims ONLY to see a judge.
she keeps getting the run around ~~defendant to me.~~

The letter was about the commissioner denying the request because all it

would do is cause unnecessary delay to the plaintiff's litigation she is pursing against

defendant.

FACT: The plaintiff's civil rights have been violated.

FACT: The plaintiff's business is registered with the Secretary of California, in

good standing and active.

FACT: The defendant is a limited liability company that was formed in

Colorado. Their jurisdiction is the Colorado district court. There is diversity of citizenship

between the two parties.

FACT: The plaintiff went to jail 3 times For Trespassing

FACT: The defendant has rented a fence and put it on my property.

## **CLAIM 1**

3

(Violation of Civil Rights: unlawful Arrest, Searches and Confinement

in custody)

(4th and 14th Amendment / 42 U.S.C § 1983)

Plaintiff alleges paragraphs 1 through 6.

By doing the acts described above, defendant caused and /or permitted the

violation of plaintiff's fourth and fourteenth Amendment rights to be free from unreasonable

searches and seizures, thereby entitling plaintiff to ~~recover damages pursuant to 42 U.S.C,~~ be granted her Request For

~~§ 1983.~~ Possession of property.
Plaintiff does not want money at all. I want to go home.

## CLAIM II

(Violation of Civil Rights: Violation of Due Process)

(14th Amendment/42 U.S.C § 1983)

Plaintiff realleges paragraphs 1 through 6, defendant caused and permitted

the violation of plaintiff's right to due process guaranteed by the fourteenth amendment,

thereby entitling plaintiff to ~~recover damages pursuant to 42 U.S.C § 1983.~~ be granted her request for possession of property. Plaintiff does not want Money. I want to go home.

## REQUEST FOR RELIEF

WHEREFORE, the plaintiff requests:

- No compensation for damages

- An order to remove the team of people that are on my property to leave

immediately and plaintiff will not press charges against them.

4

- Any further relief the court may find appropriate.

## **DEMAND FOR A JURY TRIAL**

Plaintiff hereby request a jury trial on al issues raised in this complaint.

DATED: October 24, 2022

*Elizabeth Thomas*

ELIZABETH. THOMAS

Plaintiff in Pro Per

5



ase Summary - Online Services - LA Court

1st Case

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

| Home | Online Services | Forms, Filings & Files | Self-Help | Divisions | Jury | General Info |
|------|-----------------|------------------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records... | Forms, Filing Fees... | For persons without attorneys | Civil, Criminal, Family,... | Jury Duty Portal, Q&A,... | Courthouses, ADA ... |

Español   Tiếng Việt   한국어   中文   հայերեն



LANGUAGE ACCESS

English

New Search    Back    Print

Search

# Small Claims Case Summary

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Case Number:** 21BFSC01237

WORK TOUGH INC. VS CAPITAL GOODWILL INTERNATIONAL INC

**Filing Courthouse:** Bellflower Courthouse

**Filing Date:** 10/12/2021

**Case Type:** Small Claims (Limited Jurisdiction)

**Status:** Other Court-Ordered Dismissal

Click here to access document images for this case
if this link fails, you may go to the Case Document images site and search using the case number displayed
on this page

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

### Parties

Plaintiff: WORK TOUGH INC.

Defendant: CAPITAL GOODWILL INTERNATIONAL INC

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

| | |
|---|---|
| 01/04/2022 | Notice of Rejection; Issued and Filed by: Clerk; As to: WORK TOUGH INC. (Plaintiff) |
| 01/04/2022 | Updated -- Notice of Rejection; As To Parties changed from WORK TOUGH INC. (Plaintiff) to WORK TOUGH INC. (Plaintiff) |
| 12/15/2021 | On the Plaintiff's Claim filed by WORK TOUGH INC. on 10/12/2021, entered Order for Dismissal without prejudice as to the entire action |
| 12/15/2021 | Minute Order (Non-Jury Trial) |
| 12/15/2021 | Certificate of Mailing for (Non-Jury Trial) of 12/15/2021; Filed by: Clerk |
| 12/15/2021 | Non-Jury Trial scheduled for 12/15/2021 at 08:30 AM in Bellflower Courthouse at Department 1 updated: Result Date to 12/15/2021; Result Type to Held |
| 10/12/2021 | Plaintiff's Claim and Order to Go to Small Claims Court; Filed by: WORK TOUGH INC. (Plaintiff); As to: CAPITAL GOODWILL INTERNATIONAL INC (Defendant) |
| 10/12/2021 | Notice of Remote Appearances and Exchange and Submission of Evidence Protocol; Filed by: Clerk |
| 10/12/2021 | Notice of Online Dispute Resolution (ODR) Meet and Confer - Small Claims; Filed by: Clerk |
| 10/12/2021 | Case assigned to Hon. Michael J. Pearce in Department 1 Bellflower Courthouse |
| 10/12/2021 | Non-Jury Trial scheduled for 12/15/2021 at 08:30 AM in Bellflower Courthouse at Department 1 |

Case Information | Party Information | History Information

PARTY INFORMATION

None

Case Summary - Online Services - LA Court

https://www.lacourt.org/casesummary2/ui/casesummary.aspx?

Privacy Statement   |   Disclaimer   |   Employment   |   ADA   |   Holidays   |   Comment on our Website

Copyright © 2022 Superior Court of California, County of Los Angeles

 **California Secretary of State**
Electronic Filing



# General Stock Corporation - Articles of Incorporation

| | |
|---|---|
| Entity Name: | Worktough Inc |
| Entity (File) Number: | C4854849 |
| File Date: | 02/27/2022 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

## Detailed Filing Information

1. **Corporate Name:**            **Worktough Inc**

2. **Business Addresses:**

    a. Initial Street Address of Corporation:    **11747 Carson street**

                                               **Lakewood, California, 90715**

                                               **United States of America**

    b. Initial Mailing Address of Corporation:    **20827 Norwalk Blvd 39**

                                               **Lakewood, California, 90715**

                                               **United States of America**

3. **Agent for Service of Process:**

    Individual Agent:                          **Elizabeth M thomas**

                                               **20827 Norwalk Blvd, 39**

                                               **Lakewood, California, 90715**

                                               **United States of America**

4. **Shares:**                          **10000000**

5. **Purpose Statement:**          **The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.**

The incorporator affirms the information contained herein is true and correct.

Incorporator:                     **Elizabeth M thomas**

California
*Secretary of State*

**Business**     **UCC**

Login

Home

# Business Search

Search

Forms

Help

*The California Business Search provides access to available information for corporations, limited liability companies and limited partnerships of record with the California Secretary of State, with free PDF copies of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, a **basic search will search only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

**Advanced Search**

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching*

WORKTOUGH INC (4854849)



**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | **02/27/2022** |
| *Status* | **Active** |
| *Standing - SOS* | **Good** |
| *Standing - FTB* | **Good** |
| *Standing - Agent* | **Good** |
| *Standing - VCFCF* | **Good** |
| *Formed In* | **CALIFORNIA** |
| *Entity Type* | **Stock Corporation - CA - General** |
| *Principal Address* | **11747 CARSON STREET LAKEWOOD, CA 90715** |
| *Mailing Address* | **20827 NORWALK BLVD 39 LAKEWOOD, CA 90715** |
| *Statement of Info Due Date* | **05/28/2022** |
| *Agent* | **Individual 3371563 ELIZABETH M THOMAS 20827 NORWALK BLVD, 39 LAKEWOOD, CA 90715** |



**View History**



**Request Access**

Skip to main content   State



It's better in the app
Never miss a shared photo

Use the app



Bruce Kolacki













Lakewood Shampoo
Images may be subject to copyright

lakewood shampoo

DISPLAY THIS PERMIT CONSPICUOUSLY AT THE PLACE OF BUSINESS FOR WHICH IT IS ISSUED

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION

TEMPORARY SELLER'S PERMIT



PERMIT NUMBER

250699712 - 00001

LAKEWOOD SHAMPOO
MRS. ELIZABETH MARIA THOMAS
11747 CARSON ST
LAKEWOOD CA  90715-2606

EFFECTIVE DATE:
May 31, 2022 thru June 30, 2022

IS HEREBY AUTHORIZED TO ENGAGE IN THE BUSINESS OF
SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE
LOCATION

YOU ARE REQUIRED TO OBEY ALL FEDERAL AND
STATE LAWS THAT REGULATE OR CONTROL
YOUR BUSINESS. THIS PERMIT DOES NOT ALLOW
YOU TO DO OTHERWISE.

PLEASE RETAIN THIS DOCUMENT FOR YOUR
RECORDS.

THIS PERMIT IS VALID FOR THE PERIODS SHOWN AND IS NOT TRANSFERABLE.
FOR GENERAL TAX QUESTIONS, PLEASE CALL OUR CUSTOMER SERVICE CENTER AT 1-800-400-7115 (CRS 711).
FOR INFORMATION ON YOUR RIGHTS, CONTACT THE TAXPAYERS' RIGHTS ADVOCATE OFFICE AT 1-888-324-2798.

CDTFA-442-ST REV. 9 (5-22)

## A MESSAGE TO OUR PERMIT HOLDER

As a permitee, you have certain rights and responsibilities under the Sales and Use Tax Law. For
assistance, we offer the following resources:

- Our website at www.cdtfa.ca.gov.
- Our toll-free Customer Service Center at 1-800-400-7115 (CRS 711). Customer service representatives
  are available Monday through Friday from 8:00 a.m. to 5:00 p.m. (Pacific time), except state holidays.

As a permitee, you are expected to maintain the normal books and records of a prudent businessperson. You
are required to maintain these books and records for no less than four years, and make them available for
inspection by a California Department of Tax and Fee Administration (CDTFA) representative when requested.
You are also required to know and charge the correct sales or use tax rate, including any local and district taxes.

You must notify us if you are buying, selling, adding a location, or discontinuing your business; adding or
dropping a partner, officer, or member; or when you are moving any or all of your business locations. This permit
is valid only for the owner specified on the permit. A person who obtains a permit and ceases to do business, or
never commenced business, shall surrender their permit by immediately notifying CDTFA in writing at this
address: California Department of Tax and Fee Administration, Field Operations Division, P.O. Box 942879,
Sacramento, CA 94279-0047. You may also surrender the permit to a CDTFA representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with
CDTFA, please contact the Taxpayers' Rights Advocate Office for help by calling 1-888-324-2798 or by faxing
1-916-323-3319.

As authorized by law, information provided by an applicant for a permit may be disclosed to other government
agencies.

# California Residential Rental Agreement ("Agreement")

## 1. GENERAL INFORMATION

## 1.1 DATE

The date of this Agreement is **06/05/2022**.

## 1.2 TENANT(S)

The Tenant(s) herein is/are:

| Tenant Name | Tenant Email | Tenant Phone |
|---|---|---|
| Piao Piao Lin | a0925217656@hotmail.com | (323) 594-1800 |

If more than one person is named above as Tenant, all persons named shall have joint and several liability as to the obligations of Tenant herein, and all references to Tenant, although stated in the singular, shall apply as appropriate as if written in the plural.

The address of Tenant, for purposes of mailing notices is:
**11747 Carson Street, Lakewood, CA 90715**

## 1.3 LANDLORD

The Landlord herein is:

| Landlord Name | Landlord Email | Landlord Phone |
|---|---|---|
| worktough inc | 11747carson@gmail.com | (562) 541-3665 |

Landlord manages the Premises (as defined below) as the owner. Landlord is authorized to accept service of process, notices and demands.

The address of Landlord, for purposes of mailing payments and notices, is:
**20827 Norwalk Blvd, 39, lakewood, CA 90715**

## 1.4 RENTAL PROPERTY

The property herein, known as (the "Premises") is the structure or the part of a structure that is used as a home, residence, or sleeping place by the Tenant who maintains a household there.

| Property Address | Unit / Apt # | City | State | Zip |
|---|---|---|---|---|
| 11747 Carson Street | | Lakewood | CA | 90715 |

# SOUTHERN CALIFORNIA EDISON
An *EDISON INTERNATIONAL®* Company

For bi~ ~quiries
1-800~
www.sce.c~

## Your electricity bill

**WORKTOUGH, INC** / Page 1 of 4

| | | |
|---|---|---|
| **Customer account** 700648094430 | **Rotating outage** Group A052 | **Amount due $2,266.27** |
| **Service account** 8010627093 11747 CARSON ST LAKEWOOD, CA 90715 | **Date bill prepared** 07/14/22 | |

## Your account summary

| | |
|---|---|
| Previous Balance | $2,359.78 |
| Payment Received 06/27/22 | -$500.00 |
| Returned check | $100.00 |
| Payment arrangement balance | $1,959.78 |
| Your new charges | $285.99 |
| Late payment charge | $14.50 |
| Returned Check Charge | $6.00 |
| **Total amount you owe** | **$2,266.27** |

*In order to pay your total payment arrangement balance of $1,959.78 on time, you will need to pay:*
- *$178.00 by 08/05/22*
- *$178.00 by 09/06/22*
- *$178.00 by 10/05/22*
- *$178.00 by 11/07/22*
- *$1,247.78 by agreed upon future dates*

*Your total new charges of $306.49 are due by 08/03/22.*

*Your payment arrangement will be cancelled if we do not receive your payments by 5 p.m. on the dates specified and your service may be disconnected without further notice. If you are not able to pay your bill, call SCE at 1-800-950-2356 to discuss how we can help. You may qualify for bill payment options, including a 12-month payment plan, and financial programs available to assist you such as SCE's CARE and FERA programs, that can help to reduce your bill. We can also connect you with community agencies that can provide additional assistance to you, and you may also qualify for SCE's Energy Savings Assistance (ESA) program which is an energy efficiency program for income-qualified residential customers. To pay in person, call 1-800-747-8908 for locations.*
*Please note this is your closing statement.*

## Your cost varies by time of day

---

(14-574)    Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

Tear here


# SOUTHERN CALIFORNIA EDISON
An *EDISON INTERNATIONAL®* Company

Customer account 700648094430
Please write this number on the memo line of your check. Make your check payable to Southern California Edison.

| | |
|---|---|
| Payment arrangement amount | $1,959.78 |
| New charges - pay by 08/03/22 | $306.49 |
| **Total amount you owe** | **$2,266.27** |

Amount enclosed    $ _____

STMT 07142022 P3 C04 T0075 013361 01 0.4880 C052

WORKTOUGH, INC
11747 CARSON ST
LAKEWOOD CA 90715-2606

P.O. BOX 300
ROSEMEAD, CA 91772-0002

700648094430 0000554 000195978000030649000226627

Go paperless at **www.sce.com/ebilling.** It's fast, easy and secure.

WORKTOUGH, INC : Page 2 of 4

## Ways to contact us

### Customer service numbers
*Relay calls accepted*

| | |
|---|---|
| General Services (U.S. & Canada) | 1-800-655-4555 |
| Payments, Extensions or Payment Options | 1-800-950-2356 |
| Emergency Services & Outages | 1-800-611-1911 |
| California Alternate Rates for Energy (CARE) | 1-800-447-6620 |
| Energy Theft Hotline | 1-800-227-3901 |
| Hearing & Speech Impaired (TTY) | 1-800-352-8580 |

## Request a large print bill 1-800-655-4555

### Multicultural services

| | |
|---|---|
| Cambodian / ខ្មែរ | 1-800-843-1309 |
| Chinese / 中文 | 1-800-843-8343 |
| Korean / 한국어 | 1-800-628-3061 |
| Vietnamese / Tiếng Việt | 1-800-327-3031 |
| Spanish / Español | 1-800-441-2233 |

### Correspondence:
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA
91729-6400

www.sce.com

---

## Important information

### What are my options for paying my bill?

| On-line | Pay one-time or recurring on www.sce.com/bill | |
|---|---|---|
| Mail-in | Check or Money order | |
| In Person | Authorized payment locations | 1-800-747-8908 |
| Phone | QuickCheck | 1-800-950-2356 |
| | Debit & credit card * | 1-800-254-4123 |
| | *Residential customers only | |

### Electronic check processing
Your check payment will be processed as a one-time Electronic Fund Transfer (EFT). With EFTs, funds may be withdrawn from your account the day we receive your payment. Your check will not be returned, but will appear on your financial statement.

### Rates and applicable rules: Available at www.sce.com or upon request.

### Past due bills
When is my bill past due? It is past due 20 days after the preparation date, which was 07/14/22.
• Reconnecting service that has been disconnected requires a Service Connection payment (non-residential only).
• Unable to pay: If payment arrangements were not extended to you by SCE pursuant to SCE's filed tariffs, you may contact the California Public Utilities Commission.
• For safety reasons, if service is disconnected, please ensure any sensitive or potentially hazardous equipment is unplugged on the day of reconnection. For additional home safety tips, visit www.sce.com/safety or call SCE at 1-800-655-4555.

### What is the Late Payment Charge (LPC)?
0.6% will be applied to the total unpaid balance if payment is not received by the due date on this bill (except for CARE and state agency accounts).

### What is a rotating outage?
Rotating outages are controlled electrical outages used to avoid widespread or uncontrolled blackouts. Your Rotating Outage Group number is located on page 1, upper left, of your SCE bill. Your rotating outage group number may change at any time. For more information, visit www.sce.com/rotating outage.

### What is the Power Charge Indifference Adjustment (PCIA)?
The PCIA is a charge to ensure that both SCE customers and those who have left SCE service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by SCE on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources.

### Disputed bills
*If you believe there is an error on your bill* or have a question about your service, please call *Southern California Edison (SCE)* customer support at *1-800-655-4555* If you are not satisfied with SCE's response, submit a complaint to the California Public Utilities Commission (CPUC) at www.cpuc.ca.gov/complaints/. The CPUC's Consumer Affairs Branch (CAB) handles billing and service complaints and can be reached by:
Telephone  1-800-649-7570 (8:30 AM - 4:30 PM, Monday - Friday)
Mail       CPUC, Consumer Affairs Branch, 505 Van Ness Ave., Room 2003, San Francisco, CA 94102
If you have limitations hearing or speaking, contact the California Relay Service, which is for those needing assistance relaying telephone conversations. Dial 711 or one of the numbers below to be routed to a California Relay Service provider in your preferred mode of communication.

| Type of Call | English | Spanish |
|---|---|---|
| TTY/VCO/HCO to Voice | 1-800-735-2929 | 1-800-855-3000 |
| Voice to TTY/VCO/HCO | 1-800-735-2922 | 1-800-855-3000 |
| Speech-to-Speech Relay | 1-800-854-7784 | 1-800-854-7784 |

To avoid having service turned off while waiting for the outcome of a complaint to the CPUC regarding the accuracy of your bill, contact CAB for assistance. If your case meets the eligibility criteria, CAB will instruct you on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is reviewed to keep your service turned on.

### Definitions
• **Baseline Credit:** The baseline credit provides reduced electricity rates on electricity used up to the baseline allocation for the region that you live in.
• **CA Climate Credit:** Credit from state effort to fight climate change. Applied monthly to eligible businesses and semi-annually to residents.
• **Wildfire Fund Charge:** Supports the California Wildfire Fund which covers costs associated with catastrophic wildfires, including payment of bonds issued by the California Department of Water Resources (DWR)
• **Public Purpose Programs Charge:** Funds state-mandated programs for low income discounts, energy efficiency, renewable energy and R&D.
• **SCE Generation:** For recovering energy procurement and generation costs for that portion of your energy provided by SCE.

---

To change your contact information, complete the form below and return it to SCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Change of mailing address: 700648094430

| STREET# | STREET NAME | | APARTMENT # |
|---|---|---|---|
| CITY | | STATE | ZIP CODE |
| TELEPHONE # | | E-MAIL ADDRESS | |

**Energy Assistance Fund (EAF):** I want to help people pay their energy bill through EAF. For info visit www.sce.com/eaf or call (800) 205-8596.

Add this amount for EAF $ _____     Select one box only and sign below for EAF:

☐ Every Month     ☐ One Month only

SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

**WORKTOUGH, INC** / Page 3 of 4

**Summer cost periods (Jun 01-Sep 30)**

|          | Weekdays                 | Weekends & Holidays |
|----------|--------------------------|---------------------|
| On peak  | 4pm - 9pm                |                     |
| Mid peak |                          | 4pm - 9pm           |
| Off peak | 12am - 4pm<br>9pm - 12am | 12am - 4pm<br>9pm - 12am |

### Usage (kWh) / Avg. cost / Total cost

|          | Usage    |   | Avg. cost    |   | Total cost            |
|----------|----------|---|--------------|---|-----------------------|
| On peak  | 120 kWh  | x | $0.55275     | = | $66.33                |
| Mid peak | 53 kWh   | x | $0.32736     | = | $17.35                |
| Off peak | 812 kWh  | x | $0.21031     | = | $170.77               |
|          | 985 kWh  |   |              |   | $254.45 Energy Charges |
|          |          |   |              |   | $31.54 Other credits/charges |
|          |          |   |              |   | **$285.99 Total**     |

Costs are rounded and include delivery and generation charges. During season or price changes, averages are used. To view all charges and credits and to calculate your bill, refer to **Details of your new charges.**

**Summer season demand (kW)**

| Your maximum demand reached this billing period is 6 kW<br>*Your maximum threshold demand is 20 kW*<br><br>If you exceed 20 kW three months within a 12-month period, you will be transferred to the TOU-GS-2 rate schedule. | Maximum Summer demand reached by price period :<br>On peak    3 kW 07/06/22 04:30pm-04:45pm<br>Mid Peak   4 kW 07/02/22 09:00pm-09:15pm<br>Off peak   6 kW 06/24/22 12:30am-12:45am |
|---|---|

To view your demand charges, please refer to the **Details of your new charges** .

## Your past and current electricity usage

For meter 222013-825804 from 06/14/22 to 07/13/22
**Total electricity you used this month in kWh**                    985

**Your daily average electricity usage (kWh)**



* No data available

## Usage comparison

| | Jul '20 | Jul '21 | Aug '21 | Sep '21 | Oct '21 | Nov '21 | Dec '21 | Jan '22 | Feb '22 | Mar '22 | Apr '22 | May '22 | Jun '22 | Jul '2? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total kWh used | | 1,097 | 1,025 | 861 | 696 | 833 | 979 | 673 | 601 | 1,196 | 772 | 780 | 1,113 | 985 |
| Number of days | | 30 | 29 | 32 | 30 | 30 | 32 | 30 | 29 | 32 | 29 | 30 | 32 | 30 |
| Appx. average kWh used/day | | 36 | 35 | 26 | 23 | 27 | 30 | 22 | 20 | 37 | 26 | 26 | 34 | 32 |

# Details of your new charges
Your rate: TOU-GS-1-E
Billing period: 06/14/22 to 07/13/22 (30 days)

**Delivery charges** - *Cost to deliver your electricity*

| | | |
|---|---|---|
| Energy-Summer | | |
| On peak | 120 kWh x $0.17750 | $21.30 |
| Mid peak | 53 kWh x $0.17750 | $9.41 |
| Off peak | 812 kWh x $0.11535 | $93.66 |
| Wildfire charge | 985 kWh x $0.00652 | $6.42 |
| DWR adjustment | 985 kWh x -$0.00208 | -$2.05 |
| Customer charge | 30 days x $0.59500 | $17.85 |

**Generation charges** - *Cost to generate your electricity*
SCE

| | | |
|---|---|---|
| Energy-Summer | | |
| On peak | 120 kWh x $0.37528 | $45.03 |
| Mid peak | 53 kWh x $0.14977 | $7.94 |
| Off peak | 812 kWh x $0.09496 | $77.11 |

**Other charges or credits**

| | | |
|---|---|---|
| Fixed recovery charge | 985 kWh x $0.00071 | $0.70 |
| Subtotal of your new charges | | $277.37 |
| Lakewood UUT | $277.37 x 3.00000% | $8.32 |
| State tax | 985 kWh x $0.00030 | $0.30 |
| **Your new charges** | | **$285.99** |

**Your Delivery charges include:**
- *$17.76 transmission charges*
- *$94.33 distribution charges*
- *$0.10 nuclear decommissioning charges*
- *$18.79 public purpose programs charge*
- *$9.98 new system generation charge*

**Your Generation charges include:**
- *-$0.15 competition transition charge*
- *$14.23 power charge indifference adjustment (PCIA)*

**Your overall energy charges include:**
- *$2.57 franchise fees*

**Additional information:**
- *Service voltage: 240 volts*

# Things you should know

**Fixed Recovery Charge**
*SCE has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires. Your bill for electric service includes a Fixed Recovery Charge that has been approved by the CPUC to repay those bonds. The right to recover the Fixed Recovery Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to SCE. SCE is collecting the Fixed Recovery Charge on behalf of the Special Purpose Entity.*

**DWR Adjustment**
*This is a refund from the California Department of Water Resources (DWR) relating to the purchase of power during the 2000-2001 energy crisis. The adjustment line item will only appear on bills of customers who previously paid the DWR Bond Charge.*

Rental Agreement between:

**Elizabeth Thomas, Worktough Inc.**

and

**Vicente Moreno**

Dated: 06/10/2022

**Summary of Key Information**

| | | |
|---|---|---|
| **Property Address:** | 11747 Carson Street, Lakewood, CA 90715 | |
| **Lease Start Date:** | 06/10/2022 | *See section 1.5* |
| **Lease End Date:** | N/A | *See section 1.5* |
| **Total Monthly Rent:** | $13,000.00 | *See section 1.6* |
| Monthly Rent Amount: | $13,000.00 | *See section 1.6* |
| Monthly Pet Rent: | N/A | *See section 1.6* |
| **Pro-Rated Rent Amount:** | N/A | *See section 1.10* |
| **Total Deposit(s):** | $16,000.00 | *See section 1.8* |
| Security Deposit: | $13,000.00 | *See section 1.8* |
| Pet Deposit: | N/A | *See section 1.8* |
| Other Deposit: | $3,000.00 | *See section 1.8* |
| **Move-in Fee Amount:** | $13,000.00 | *See section 1.9* |
| Move-in Fee: Deposit 1 due 6/10/2022 | $3,000.00 | *See section 1.9* |
| Move-in Fee: Deposit 2 due 7/10/2022 | $3,000.00 | *See section 1.9* |
| Move-in Fee: Deposit 3 due 8/10/2022 | $3,000.00 | *See section 1.9* |
| Move-in Fee: Deposit 4 due 9/10/2022 | $3,000.00 | *See section 1.9* |
| Move-in Fee: Deposit 5 due 10/10/2022 | $1,000.00 | *See section 1.9* |
| **Late Fee:** | The lesser of 5% or $50 if not paid by the 5th. | *See section 2.1* |

The above summary table is provided as a reference. The Agreement will control if there is a conflict.

Rental Agreement between:

## worktough inc

and

## kendall Anderson

Dated: 05/26/2022

## Summary of Key Information

| | | |
|---|---|---|
| **Property Address:** | 11747 Carson Street, Lakewood, CA 90715 | |
| **Lease Start Date:** | 05/26/2022 | *See section 1.5* |
| **Lease End Date:** | N/A | *See section 1.5* |
| **Total Monthly Rent:** | $200.00 | *See section 1.6* |
| Monthly Rent Amount: | $200.00 | *See section 1.6* |
| Monthly Pet Rent: | N/A | *See section 1.6* |
| **Pro-Rated Rent Amount:** | N/A | *See section 1.10* |
| **Total Deposit(s):** | $200.00 | *See section 1.8* |
| Security Deposit: | $200.00 | *See section 1.8* |
| Pet Deposit: | N/A | *See section 1.8* |
| Other Deposit: | N/A | *See section 1.8* |
| **Move-in Fee Amount:** | N/A | *See section 1.9* |
| **Late Fee:** | The lesser of 5% or $50 if not paid by the 5th. | *See section 2.1* |

The above summary table is provided as a reference. The Agreement will control if there is a conflict.

Rental Agreement between:

**worktough inc**

and

**Piao Piao Lin**

Dated: 06/05/2022

**Summary of Key Information**

| | | |
|---|---|---|
| **Property Address:** | 11747 Carson Street, Lakewood, CA 90715 | |
| **Lease Start Date:** | 06/04/2022 | *See section 1.5* |
| **Lease End Date:** | N/A | *See section 1.5* |
| **Total Monthly Rent:** | $145.00 | *See section 1.6* |
| Monthly Rent Amount: | $145.00 | *See section 1.6* |
| Monthly Pet Rent: | N/A | *See section 1.6* |
| **Pro-Rated Rent Amount:** | N/A | *See section 1.10* |
| **Total Deposit(s):** | $200.00 | *See section 1.8* |
| Security Deposit: | $200.00 | *See section 1.8* |
| Pet Deposit: | N/A | *See section 1.8* |
| Other Deposit: | N/A | *See section 1.8* |
| **Move-in Fee Amount:** | $100.00 | *See section 1.9* |
| Move-in Fee: Administration fee | $100.00 | *See section 1.9* |
| **Late Fee:** | The lesser of 5% or $50 if not paid by the 5th. | *See section 2.1* |

The above summary table is provided as a reference. The Agreement will control if there is a conflict.

# California Residential Rental Agreement ("Agreement")

## 1. GENERAL INFORMATION

### 1.1 DATE

The date of this Agreement is **05/26/2022**.

### 1.2 TENANT(S)

The Tenant(s) herein is/are:

| Tenant Name | Tenant Email | Tenant Phone |
|---|---|---|
| kendall Anderson | kendallanderson@yahoo.com | (562) 606-8894 |

If more than one person is named above as Tenant, all persons named shall have joint and several liability as to the obligations of Tenant herein, and all references to Tenant, although stated in the singular, shall apply as appropriate as if written in the plural.

The address of Tenant, for purposes of mailing notices is:
**11747 Carson Street, Lakewood, CA 90715**

### 1.3 LANDLORD

The Landlord herein is:

| Landlord Name | Landlord Email | Landlord Phone |
|---|---|---|
| worktough inc | 11747carson@gmail.com | (562) 541-3665 |

Landlord manages the Premises (as defined below) as the owner. Landlord is authorized to accept service of process, notices and demands.

The address of Landlord, for purposes of mailing payments and notices, is:
**20827 Norwalk Blvd, 39, lakewood, CA 90715**

### 1.4 RENTAL PROPERTY

The property herein, known as (the "Premises") is the structure or the part of a structure that is used as a home, residence, or sleeping place by the Tenant who maintains a household there.

| Property Address | Unit / Apt # | City | State | Zip |
|---|---|---|---|---|
| 11747 Carson Street | | Lakewood | CA | 90715 |

## 3.23 ENTIRE AGREEMENT

The foregoing Agreement constitutes the entire Agreement between the Parties and supersedes any online, oral, or written representations or agreements that may have been made by either Party. Further, Tenant represents that he or she has relied solely on his or her own judgment, experience, and expertise in entering into this Agreement with Landlord.

## 4. SIGNATURES

THE TENANT UNDERSTANDS THAT THE EXECUTION OF THIS AGREEMENT ENTAILS AN IMPORTANT DECISION THAT HAS LEGAL IMPLICATIONS. TENANT IS ADVISED TO SEEK HIS OR HER OWN COUNSEL, LEGAL OR OTHERWISE, REGARDING THE EXECUTION OF THIS AGREEMENT. TENANT HEREBY ACKNOWLEDGES THAT HE OR SHE HAS READ THIS AGREEMENT, UNDERSTANDS IT, AGREES TO IT, AND HAS BEEN GIVEN A COPY. ELECTRONIC SIGNATURES MAY BE USED TO EXECUTE THIS AGREEMENT. IF USED, THE PARTIES ACKNOWLEDGE THAT ONCE THE ELECTRONIC SIGNATURE PROCESS IS COMPLETED, THE ELECTRONIC SIGNATURES ON THIS AGREEMENT WILL BE AS BINDING AS IF THE SIGNATURES WERE PHYSICALLY SIGNED BY HAND.

WITNESS THE SIGNATURES OF THE PARTIES TO THIS AGREEMENT:

TENANT(S):

Name: kendall Anderson          Sign: _____          Date: 05 / 27 / 2022

LANDLORD(S):

Name: worktough inc          Sign: _____          Date: 05 / 27 / 2022

# ⅄ **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Lease Agreement – 05/26/2022 |
| **FILE NAME** | lease_agreement-167990.pdf |
| **DOCUMENT ID** | 0c179159fb19e25cb0f4733498b66e8088e5ca10 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ⊛ Signed |

This document was requested on rental.turbotenant.com and signed on rental.turbotenant.com

## Document History

| | | |
|---|---|---|
| ↻ **SENT** | **05 / 27 / 2022** 01:11:47 UTC | Sent for signature to worktough inc (11747carson@gmail.com) and kendall Anderson (kendallanderson@yahoo.com) from 11747carson@gmail.com IP: 172.58.16.202 |
| 👁 **VIEWED** | **05 / 27 / 2022** 13:02:53 UTC | Viewed by kendall Anderson (kendallanderson@yahoo.com) IP: 172.56.17.189 |
| ↙ **SIGNED** | **05 / 27 / 2022** 13:03:32 UTC | Signed by kendall Anderson (kendallanderson@yahoo.com) IP: 172.56.17.189 |
| 👁 **VIEWED** | **05 / 27 / 2022** 20:32:52 UTC | Viewed by worktough inc (11747carson@gmail.com) IP: 172.58.17.191 |
| ↙ **SIGNED** | **05 / 27 / 2022** 20:33:55 UTC | Signed by worktough inc (11747carson@gmail.com) IP: 172.58.17.191 |
| ✅ **COMPLETED** | **05 / 27 / 2022** 20:33:55 UTC | The document has been completed. |

Powered by ⅄ **HELLOSIGN**

Rental Agreement between:

**worktough inc**

and

**Henry Rios**

Dated: 06/04/2022

**Summary of Key Information**

| | | |
|---|---|---|
| **Property Address:** | 11747 Carson Street, Lakewood, CA 90715 | |
| **Lease Start Date:** | 06/04/2022 | *See section 1.5* |
| **Lease End Date:** | N/A | *See section 1.5* |
| **Total Monthly Rent:** | $180.00 | *See section 1.6* |
| Monthly Rent Amount: | $180.00 | *See section 1.6* |
| Monthly Pet Rent: | N/A | *See section 1.6* |
| **Pro-Rated Rent Amount:** | $156.00 | *See section 1.10* |
| **Total Deposit(s):** | $200.00 | *See section 1.8* |
| Security Deposit: | $200.00 | *See section 1.8* |
| Pet Deposit: | N/A | *See section 1.8* |
| Other Deposit: | N/A | *See section 1.8* |
| **Move-in Fee Amount:** | $100.00 | *See section 1.9* |
| Move-in Fee: Administrative Fee | $100.00 | *See section 1.9* |
| **Late Fee:** | The lesser of 5% or $50 if not paid by the 5th. | *See section 2.1* |

The above summary table is provided as a reference. The Agreement will control if there is a conflict.

# California Residential Rental Agreement ("Agreement")

## 1. GENERAL INFORMATION

### 1.1 DATE

The date of this Agreement is **06/04/2022**.

### 1.2 TENANT(S)

The Tenant(s) herein is/are:

| Tenant Name | Tenant Email | Tenant Phone |
|---|---|---|
| Henry Rios | hrios0915@yahoo.com | (323) 710-3907 |

If more than one person is named above as Tenant, all persons named shall have joint and several liability as to the obligations of Tenant herein, and all references to Tenant, although stated in the singular, shall apply as appropriate as if written in the plural.

The address of Tenant, for purposes of mailing notices is:
**11747 Carson Street, Lakewood, CA 90715**

### 1.3 LANDLORD

The Landlord herein is:

| Landlord Name | Landlord Email | Landlord Phone |
|---|---|---|
| worktough inc | 11747carson@gmail.com | (562) 541-3665 |

Landlord manages the Premises (as defined below) as the owner. Landlord is authorized to accept service of process, notices and demands.

The address of Landlord, for purposes of mailing payments and notices, is:
**20827 Norwalk Blvd, 39, lakewood, CA 90715**

### 1.4 RENTAL PROPERTY

The property herein, known as (the "Premises") is the structure or the part of a structure that is used as a home, residence, or sleeping place by the Tenant who maintains a household there.

| Property Address | Unit / Apt # | City | State | Zip |
|---|---|---|---|---|
| 11747 Carson Street | | Lakewood | CA | 90715 |

## 1.5 TERM

The Term herein shall be as follows:

Lease Start Date: **06/04/2022**

Lease Type:

  ☒ **Month-to-Month:** a month-to-month lease terminates by Landlord or Tenant giving the
  other Party (defined below) to this Agreement thirty days written notice

  ☐ **Fixed Term:** for a period ending on: **N/A**

In the event Fixed Term is selected above, upon expiration of the Fixed Term, Landlord and Tenant
(collectively known as "Parties", or individually as "Party") agree that the following shall occur by
default:

  ☐ **Continue as Month-to-Month:** the lease shall automatically be renewed on a month-to-
  month basis.

  ☐ **Terminate:** the lease shall automatically terminate at the conclusion of the initial Fixed Term.

## 1.6 RENT

Rent for the Term hereof shall be payable, in advance, on or before 5pm on the 1st day of each
month ("Due Date"), regardless of whether that day is a Saturday, Sunday, or Holiday, in equal
installments of ONE HUNDRED EIGHTY ($180.00)

| | |
|---|---|
| | $180.00 |
| Monthly Base Rent: | N/A |
| Additional Monthly Pet Rent: | **$180.00** |
| Total Monthly Rent: | |

## 1.7 FORM OF RENT PAYMENTS

All payments shall be made to Landlord without demand at Landlord's mailing address such that
they can be received on or before the Due Date. Landlord's acceptance of Rent from a person other
than the Tenant shall not be a waiver of any right and shall not constitute acceptance of such person
as a Tenant. All payments for Rent should be made via one of the following methods:

| | |
|---|---|
| **Payments Allowed:** | ☒ Cash <br> ☐ Personal Check <br> ☐ Cashier's Check <br> ☒ Money Order <br> ☒ ACH / Direct Deposit <br> ☒ Rent Payments by TurboTenant <br> ☒ Cash app |

## 1.8 SECURITY DEPOSIT AND OTHER DEPOSITS

Upon the due execution of this Agreement, Tenant shall deposit with Landlord the following deposit amount(s):

| Security Deposit: | $200.00 |
|---|---|
| Pet Deposit: | N/A |
| Other Deposit: | N/A |

## 1.9 NONREFUNDABLE FEES

Upon the due execution of this Agreement, Tenant shall pay to Landlord the following non-refundable fee(s):

| Administrative Fee: | $100.00 |
|---|---|

## 1.10 PRORATED RENT

Upon the due execution of this Agreement, Tenant shall pay to Landlord the following amount representing the amount due for the partial first month of the Term ("Prorated Rent"):

| Prorated Rent: | $156.00 |
|---|---|

# INVOICE

Control Number
2022-01910

**KENNYS AUTO SERVICE**
**17406 WOODRUFF AVE**
**BELLFLOWER, CA 90706**

| | Date In | Time |
|---|---|---|
| | 07/11/22 | 18:05 |

Telephone Number **(562)925-9531**
CA#

Vehicle or Vessel Released to:

| | Date Relea | Time | Invoice Date |
|---|---|---|---|
| | 07/22/22 | 20:31 | 07/22/22 |

ELIZABETH THOMAS
20827 NORWALK BL
LAKEWOOD, CA 90715-

> Upon request, you are entitled to receive a
> copy of the Towing Fees and Access Notice.

## Vehicle Description

| STATE | LICENSE NUMBER | EXPIRATION DATE | VEHICLE IDENTIFICATION NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| CA | 7KQZ079 | 03/08/23 | 1GNEC13T93R229843 | |

| YEAR | MAKE | MODEL | ODOMETER |
|---|---|---|---|
| 2003 | CHEVROLET | TAHOE | |

| Date | Actual charges applied to the vehicle described above | | Amount |
|---|---|---|---|
| 07/11/22 | TOWING CHARGES | 225.00 | |
| | TOWING CHARGE SUBTOTAL............................. | | 225.00 |
| 07/22/22 | 12 DAYS STORAGE AT THE RATE OF $60.00 PER DAY..... | | 720.00 |
| | TITLE SEARCH / LIEN PROCESSING FEES................ | | 70.00 |
| | **TOTAL OF CHARGES LISTED ABOVE**....................... | | $1,015.00 |
| | **Adjustment / (Deficiency)** | | 112.50 |

| Invoice items | Charges | Balance |
|---|---|---|
| TOTAL CHARGES UP TO RELEASE | 1,015.00 | $1,015.00 |
| AFTER HR | 112.50 | $1,127.50 |
| **THE TOTAL AMOUNT OF THIS INVOICE IS DUE UPON RECEIPT** | | **$1,127.50** |

I/We the undersigned hereby acknowledge receipt of the vehicle described above and state under penalty of perjury under the laws of the State of California that I/we are legally entitled to this vehicle and assume all liability for the same from this time forward.

I/We further agree to indemnify and save harmless **KENNYS AUTO SERVICE**, its successors, assigns or agents, from any and all claims, actions, suits, agreements or liabilities arising from its possession of the vehicle described above.

**PAID**

VISA

(1) Signature of responsible party

(2) Signature of responsible party

(1) Printed name        Date

(2) Printed name        Date

(c) 2000, **www.ezSoftware.com**

(Lienholder/Seller, retain a signed original for your records.)



www.ezlien
2022-01921

# NOTICE OF PENDING LIEN SALE FOR VEHICLE VALUED $4000 OR LESS
## (Civil Code Sect. 3072)

LIEN SALE UNIT
P.O. BOX 932317
SACRAMENTO, CA 94232-3170

**NOTE TO THE LIENHOLDER:**
This notice is to be sent to the registered owner, legal owner, Department of Motor Vehicles, and any other person interested in this vehicle, 31 to 41 days before the date of sale (do not count day notice mailed). Send notice certified mail, return receipt requested, or U.S. Postal Service Certificate of Mailing.

**TO WHOM IT MAY CONCERN:**
This is to notify you that I intend to sell this vehicle at a Lien Sale (public sale) because my towing, storage or repair bill has not been paid. You may wish to take one of the following actions:
1. Pay my bill and reclaim the vehicle before the lien sale date.
2. Stop the Sale and dispute the lien in court. You may stop the sale by completing the Declaration of Opposition below and forwarding this notice to the DMV in the enclosed envelope within 10 days of the date this notice was mailed.
3. Disregard this notice if you no longer own or want this vehicle so I can proceed with the sale. However, if you are the last owner of record, you may be liable for removal and disposition costs and lien not satisfied by sale of the vehicle.

**EXCEPTION:** Notice to the department must be sent by certified mail, return receipt requested.

At least 10 days before the sale, a copy of this notice shall be posted in a conspicuous place on the premises of the lienholder, and if the sale occurs at a place other than the business office, a notice must be posted at the site of the forthcoming sale.

| | | | | |
|---|---|---|---|---|
| **VEHICLE DESCRIPTION** | LICENSE NUMBER 4VKJ644 | STATE REGISTERED CA | | LICENSE EXPIRATION DATE 10/24/22 | VEHICLE IDENTIFICATION NUMBER (VIN) WDBJF65J3284212904 |

| MAKE | YEAR | MODEL | BODY TYPE | |
|---|---|---|---|---|
| MERCEDES-B | 2002 | E320 | 4D | ENGINE NUMBER (MOTORCYCLES ONLY) |

**INFORMATION ABOUT MY LIEN**

| DATE VEHICLE CAME INTO MY POSSESSION 07/12/22 | DATE OWNER BILLED FOR SERVICES/STORAGE 07/21/22 | | DATE WORK OR SERVICES COMPLETED |
|---|---|---|---|

| The amount and basis for my lien and outstanding parking violation bail is: | | |
|---|---|---|

| STORAGE TO DATE $600.00 | AT THE RATE OF $60.00 PER DAY | TOWING $225.00 | REPAIRS $ | PKG VIOLATIONS CVC 22651.7 $ | COST TO CONDUCT LIEN SALE $70.00 |

**REGISTERED OWNER**

HUNTER NEITH ANDRINA/
KLEIMAN ROBERT A
14271 JEFFREY RD 509
IRVINE, CA 92620

**INFORMATION ABOUT THE SALE**

This vehicle will be available for inspection at least one hour prior to the sale.

| DATE NOTICE OF SALE MAILED 07/21/22 | DATE OF SALE 08/22/22 | HOUR OF SALE 10:00 AM |
|---|---|---|

| LOCATION OF SALE (STREET ADDRESS) 17406 WOODRUFF AVE | CITY BELLFLOWER | STATE CA | ZIP CODE 90706 |

**LEGAL OWNER**

Certified # to DMV: 7020 0090 0001 9435 2875
Department of Motor Vehicles
Lien Sale Unit
P.O. Box 932317
Sacramento, CA 94232-3170

**CERTIFICATION**

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I have no information or belief that there is a valid defense to the claim which gives rise to the lien. I further certify (or declare) under penalty of perjury that the lien sale was conducted in accordance with the requirements of California Military and Veterans Code Sec.407, 408, 4081 and 4083 and with the requirements of Sections 3952, 3953 and 3958 of Title 50 of the United States Code.

| DATE 07/20/22 | SIGNATURE OF LIENHOLDER OR AGENT ACTING FOR LIENHOLDER X KENNYS AUTO SERVICE  by [signature] | BUREAU OF AUTOMOTIVE REPAIR # | LIEN SALE # |

| LIENHOLDER NAME KENNYS AUTO SERVICE | | | |

| ADDRESS 17406 WOODRUFF AVE | CITY BELLFLOWER | STATE CA | ZIP CODE 90706 |

**INTERESTED PARTIES**

KOLACKI BRUCE
20827 NORWALK BLVD APT 39
LAKEWOOD, CA 90715

| AGENT ACTING FOR LIENHOLDER (NAME) | | | |

| ADDRESS | CITY | TELEPHONE NO. ( ) | STATE | REGISTRATION SERVICE NUMBER | ZIP CODE |

TELEPHONE NO. (562) 925-9531

**DECLARATION OF OPPOSITION**

(Must be sent to DMV within 10 days of date notice of sale mailed)

**TO: DEPARTMENT OF MOTOR VEHICLES**
Please stop the lien sale of this vehicle because I wish to contest the claim of the lienholder. I understand the lienholder may file an action in court and, if judgment is given in his/her favor, I may be liable for the court costs. The address at which I may be served or notified in person at any court action is:

| PRINT TRUE FULL NAME | | TELEPHONE NUMBER |
|---|---|---|

| ADDRESS | CITY | STATE | ZIP CODE |

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

| DATE | SIGNATURE X |
|---|---|

| MAILING ADDRESS IF DIFFERENT FROM ABOVE | CITY | STATE | ZIP CODE |

**ATTENTION:** This Declaration of Opposition will not be valid unless you have signed, provided your true full [name] and a valid address. If the lienholder is unable to serve you with a court action, he/she will be allowed to continue with the lien sale (Civil Code 3072).

~38 (REV. 1/2019)

# LOS ANGELES COUNTY JAIL
## BOOKING AND PROPERTY
## RECORD

| | YES | NO |
|---|---|---|
| HAVE AIDS | ☐ | ☑ |
| HAVE VD | ☐ | ☑ |
| HAVE HEPATITIS | ☐ | ☑ |
| HAVE TB | ☐ | ☑ |
| EVER HAVE TB | ☐ | ☑ |

**PRISONER'S RECORDS**

| BOOKING NO. | LOC. BKG | DR. LIC. NO. | STATE |
|---|---|---|---|
| **6455511** | **LKD** | **E104159** | **CA** |

| ARRESTEE'S NAME  LAST | FIRST | MIDDLE |
|---|---|---|
| **THOMAS** | **ELIZABETH** | **MARIA** |

| AGY. OR DETAIL ARRESTING | DATE & TIME ARRESTED | TIME BKD. |
|---|---|---|
| **1301** | **09-01-2022 0300** | |

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| **11747 CARSON STREET,LAKEWOOD** | **5000** |

| CHARGE | WARR./COMM. NO |
|---|---|
| **419PC / M / RETAKE LAND AFTER LEGAL REMOVAL** | **N/A** |

| JAIL LOC. | ARRAIGN. DATE | TIME | COURT | PRISONERS SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| **LKD** | **09-02-2022** | **0830** | **BELLFLOWER** | X |

**LOCATION OR DISPOSITION OF VEHICLE**
**LEFT AT LOCATION**

| CASH RETAINED | PROPERTY |
|---|---|
| **0.00** | **CLOTHING WORN** |

PRISONERS SIGNATURE WHEN BOOKED

| CASH DEPOSITED | PROPERTY |
|---|---|
| **0.00** | **(2) BLK SHOES, SHOE LACES, CELL PHONE, KEYS** |

**EYE GLASS FRAMES ONLY, DEBIT CARD, INHALER BLK BRA**

PRISONERS SIG. FOR RECT OF REMAINING CASH & PROPERTY
X

**Bulk Property:** ☑ None   ☐ Yes

**Pink - Prisoner's Copy**

**PRISONER INFORMATION**

**THIS IS YOUR PROPERTY RECEIPT AND IDENTIFICATION, KEEP IT WITH YOU AT ALL TIMES.**

**1. BAIL:** (A) On a MISDEMEANOR CHARGE you may be released on bail. Bail may be posted by yourself or by someone else in your behalf; or by posting a surety bond.

If you are released on bail, or on your own recognizance, you are required to appear in court on the date and time specified. FAILURE TO APPEAR will result in a warrant being issued for your arrest, or other additional penalty.

(B) On a FELONY CHARGE the amount of bail must first be established. The jailer will inform you of the proper procedure.

(C) On a WARRANT ISSUED IN ANOTHER COUNTY, you have the right, upon demand, to be taken before a magistrate in this county for the purpose of being admitted, to bail. If you wish to go to court for this purpose, or do not know if you are arrested on an out-of-county warrant, contact your jailer.

**2. COURT APPEARANCE:** You may ask the jailer when you are scheduled for court appearance.

**3. TELEPHONE CALLS AND TELEGRAMS:** immediately after booking, you may at your own expense:
  (A) Make one completed telephone call or send a telegram to any person, and;
  (B) Make one completed telephone call or send a telegram to each of the following: Attorney, Bail Bondsman, Physician, Employer, and Relative.

**4. COST:** There is no charge for any type of service while you are in this jail.

**5. ATTORNEYS AND BAIL BONDSMEN:** You may be visited by an attorney or Bondsman upon your request or the request of a relative or friend. Beware of any person interested in procuring a lawyer or bondsman for you.

**6. VISITORS:** (A) In the Sheriff's facilities, see rules and regulations.
  (B) In LAPD facilities, (1) Misdemeanor prisoners may not receive visitors, (2) Felony prisoners may receive visitors who have been issued a pass by the investigator assigned to the case.

**7. YOUR VEHICLE:** If your vehicle has been stored or impounded, YOU ARE, responsible, for any towing or storage charges. Vehicles left in storage without payment of charges are subject to sale for storage charges after 20 days if vehicle appraised at $200 or less, and after 60 days if vehicle appraised at over $200. (Refer to section 22851 of the California Vehicle Code.)

**8. YOUR PROPERTY:** (A) Immediately following release from SHERIFF'S facility, claim your property from the property release section. After one week property must be claimed from the property custodian, Room 151 Hall of Justice, 211 W. Temple St., LA. All property not claimed within 30 days following release will be disposed of.
(B) LAPD ARRESTEES with EXCESS PERSONAL PROPERTY RECEIPT see instructions thereon.

**9. MAIL:** All mail is subject to censorship. Do not request a lawyer or bondsman for another prisoner. Mail addressed to prisoners will be opened and contraband removed. If you do not want to receive mail while in Sheriff's custody, complete and sign the 'Refusal of Mail Privilege' form.

**10. ILLNESS:** If you need medical attention, or are aware of another person in need of it, notify the jailer at once.

**11. CARD GAMES:** Card games are permitted in Sheriff's facilities, except Blackjack, Poker, and all gambling games. Violators will be punished.

**12 JAIL RULES:** Failure to obey posted regulations or verbal instructions given by the jailer will result in disciplinary action.





SOL

| NAME, ADDRESS, AND TELEPHONE NUMBER OF PARTY: | RESERVED FOR CLERK'S FILE STAMP |
|---|---|
| BV LAKEWOOD CARSON SE LLC<br>c/o Michael J. Radford (SBN 089824) (Phone: 858-459-7145)<br>2223 Avenida De La Playa, Suite 360, La Jolla, CA 92037 | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Bellflower Courthouse
10025 East Flower Street
Bellflower, CA 90706

PLAINTIFF: ELIZABETH THOMAS

DEFENDANT: CADENCE CAPITAL INVESTMENTS LLC

| **APPLICATION AND ORDER FOR TRANSFER**<br>**(SMALL CLAIMS)** | CASE NUMBER:<br>22BFSC00993 |
|---|---|

## TO THE CLERK OF THE ABOVE-NAMED COURT:

| The small claims case is currently set as follows: | | | | |
|---|---|---|---|---|
| Date: 10/17/2022 | Time: 8:30 | ☑ a.m. ☐ p.m. | Department: 1 | Room: |

1. Defendant(s): Cadence Capital Investments LLC applies for an order under the provisions of Section 116.390 of the Code of Civil Procedure to transfer the above-entitled matter to the court named below.

2. The defendant has commenced a civil lawsuit against the plaintiff as follows:

   Department: K, Norwalk Courthouse, Hon. Debra Cole-Hall *Margarette Wilea Bernal*

   Case Number: 22NWCV00168

   Date of Filing: 03/14/2022

3. A true copy of the complaint is attached hereto and incorporated herein by reference.

> **Important Notice:**
> The defendant understands that unless he/she is otherwise notified by the court, that he/she must appear in the small claims court for the date and time the case has been scheduled.

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

| 10/05/2022 | Michael J. Radford | |
|---|---|---|
| Date | Type or Printed Name | Signature of Defendant or Defendant's Attorney |

## ORDER

Pursuant to the Code of Civil Procedure section 116.390(c), it is ordered that the small claims case be transferred to the following court:

Department: _____  Courthouse: _____  District: _____

Date: _____  Signature: _____

Judicial Officer

**APPLICATION AND ORDER FOR TRANSFER**
**(SMALL CLAIMS)**

Code Civ. Proc., § 116.390

| ..SS, AND TELEPHONE NUMBER OF PARTY: | RESERVED FOR CLERK'S FILE STAMP |
|---|---|
| ..0 CARSON SE LLC<br>..l J. Radford (SBN 089824)  (Phone: 858-459-7145)<br>222. Avenida De La Playa, Suite 360, La Jolla, CA 92037 | *Different Judges Same Case* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

| COURTHOUSE ADDRESS: | |
|---|---|
| Bellflower Courthouse<br>10025 East Flower Street<br>Bellflower, CA 90706 | |

PLAINTIFF:       ELIZABETH THOMAS

DEFENDANT:       BV LAKEWOOD CARSON SE LLC

| **APPLICATION AND ORDER FOR TRANSFER**<br>**(SMALL CLAIMS)** | CASE NUMBER:<br>22BFSC00308 |
|---|---|

## TO THE CLERK OF THE ABOVE-NAMED COURT:

| The small claims case is currently set as follows: | | | | | |
|---|---|---|---|---|---|
| Date: 04/28/2022 | Time: 1:30 | ☐ a.m. ☑ p.m. | Department: 1 | | Room: |

1. Defendant(s): BV LAKEWOOD CARSON SE LLC _____ applies for an order under the provisions of Section 116.390 of the Code of Civil Procedure to transfer the above-entitled matter to the court named below.

2. The defendant has commenced a civil lawsuit against the plaintiff as follows:

   Department: Norwalk Courthouse, Department F, Hon. Margaret Miller Bernal

   Case Number: 22NWCV00168

   Date of Filing: 03/09/2022

3. A true copy of the complaint is attached hereto and incorporated herein by reference.

**Important Notice:**
The defendant understands that unless he/she is otherwise notified by the court, that he/she must appear in the small claims court for the date and time the case has been scheduled.

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

| 03/22/2022 | Michael J. Radford, Atty | _____ |
|---|---|---|
| Date | Type or Printed Name | Signature of Defendant or Defendant's Attorney<br>Attorney For BV LAKEWOOD CARSON SE LLC |

## ORDER

Pursuant to the Code of Civil Procedure section 116.390(c), it is ordered that the small claims case be transferred to the following court:

Department: _____     Courthouse: _____     District: _____

Date: _____     Signature: _____
                                                    Judicial Officer

| LASC SMCL 014 Rev. 09/19<br>For Optional Use | **APPLICATION AND ORDER FOR TRANSFER**<br>**(SMALL CLAIMS)** | Code Civ. Proc., § 116.390 |
|---|---|---|

ADDRESS, AND TELEPHONE NUMBER OF PARTY:

~~~WOOD CARSON SE LLC
~~~ael J. Radford (SBN 089824)  (Phone: 858-459-7145)
~~~venida De La Playa, Suite 360, La Jolla, CA 92037

RESERVED FOR CLERK'S FILE STAMP

**FILED**
**Superior Court of California**
**County of Los Angeles**

OCT 10 2022

Sherri R. Carter, Executive Officer/Clerk of Court

By _____, Deputy

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**RECEIVED**
LOS ANGELES SUPERIOR COURT

OCT 06 2022

Sherri R. Carter, Executive Officer/Clerk

By _____ Deputy

COURTHOUSE ADDRESS:

Bellflower Courthouse
10025 East Flower Street
Bellflower, CA 90706

PLAINTIFF:  ELIZABETH THOMAS

DEFENDANT:  CADENCE CAPITAL INVESTMENTS LLC

| APPLICATION AND ORDER FOR TRANSFER (SMALL CLAIMS) | CASE NUMBER: 22BFSC00993 |
|---|---|

### TO THE CLERK OF THE ABOVE-NAMED COURT:

BY FAX

The small claims case is currently set as follows:

| Date: 10/17/2022 | Time: 8:30 | ☑ a.m. ☐ p.m. | Department: 1 | Room: |
|---|---|---|---|---|

1. Defendant(s): Cadence Capital Investments LLC _____ applies for an order under the provisions of Section 116.390 of the Code of Civil Procedure to transfer the above-entitled matter to the court named below.

2. The defendant has commenced a civil lawsuit against the plaintiff as follows:

   Department: K, Norwalk Courthouse, Hon. Debra Cole-Hall

   Case Number: 22NWCV00168

   Date of Filing: 03/14/2022

3. A true copy of the complaint is attached hereto and incorporated herein by reference.

**Important Notice:**
The defendant understands that unless he/she is otherwise notified by the court, that he/she must appear in the small claims court for the date and time the case has been scheduled.

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

| 10/05/2022 | Michael J. Radford | |
|---|---|---|
| Date | Type or Printed Name | Signature of Defendant or Defendant's Attorney |

### ORDER

Pursuant to the Code of Civil Procedure section 116.390(c), it is ordered that the small claims case be transferred to the following court:

Department: _____   Courthouse: _____   District: _____

Date: _____   Signature: _____

Judicial Officer

Denied

**APPLICATION AND ORDER FOR TRANSFER (SMALL CLAIMS)**

Code Civ. Proc., § 116.390