Elizabeth Thomas
20827 Norwalk Blvd #39
Lakewood, CA 90715
Phone|562-541-3665
Email: 11747carson@gmail.com
Alt Email: lakewoodcarsonstreet@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ELIZBETH THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> BV LAKEWOOD CARSON SE LLC, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT <br><br> Defendant | Case No.: 2:22-CV-07989-SPG-JEM <br><br> **AMENDED COMPLAINT** |

AMENDED COMPLAINT - 1

## JURISDICTION

The court must have federal subject jurisdiction as well as personal jurisdiction to hear my case according to the public counsel law center guide prepared by public counsel. The defendant is not a resident or citizen of california. I am suing the defendant for soemthing they did in california. The defendant has consented to being sued in CA. He registered to do business in california. The defendants actions has put him at risk of being sued in california. My complaint involves a federal law. See Exhibit A. For federal question jurisdiction, 28 U.S.C1331Federal Law

28 U.S.C 1331, section 1

There is diversity jurisdiction 28 U.S.C 1332

The defendant is a entity formed in Colorado. Prinicipal address is in Colorado and there is no california street address for office.

Please see exhibit 2 for diversity jurisdiction

## VENUE

The venue is correct because Los Angeles is a county in the Central District of California.

A substantial part of the events that I am suing for happened in this district. A substantial part of the property I am suing over is located in this district. I live in this district. Please see

AMENDED COMPLAINT

Exhibit C for Venue.

## PARTIES

The plaintiff is an individual who lives and does business in the state of California. She is the property owner of Worktough Inc, also known as Moreno LLc. The defendant has sued her in superior court for UNLAWFUL DETAINER. She was wrongfully illegally removed from her home and office. She was sued as a trespasser. At the time she had a quiet lawsuit for quiet title, based off of adverse possession filed in the federal court and the superior court. The defendant is BV LAKEWOOD CARSON SE LLC, registered agent for process would be Registered agents solutions,inc,mailing address 6400 S.FIDDLERS GREEN CIRCLE,SUITE1820 GREENWOOD VILLAGE ,CO 80111

WILLIAM ROTHACKER

see Exhibit B for defendant information.

Defendant#2 is Los Angeles County Sheriff Department. The address to their location is 5130 Clark Avenue,Lakewood,CA 90712

process address is 211 W. Temple St, Los Angeles,CA 90012. They are aprt of the county governemnt.

## FACTS

July 11,2022, the plaintiff was forced out of her home and office. The defendants have been

AMENDED COMPLAINT

3


Case 2:22-cv-07989-SPG-JEM   Document 16   Filed 01/20/23   Page 4 of 13   Page ID #:98

harrassing her and following her. They impounded hermercedes benz and chevy tahoe. There were people on the property and the plainitff approached them and asked them to not touch her stuff. They spit in her face and made threats that scared her. She drove away crying and she called the sheriffs to make a report. The sheriffs called her and told her that if she filed a report about the man spitting in her face that she would go to jail. She has been to jail 3 times for going back to her property and there is no record to show of those arrest happening except for a receipt from the sheriff station property receipt. see Exhibit D for arrest records. Defendant claims my vehicles were towed after i went back to the property in September but clearly kennys tow received the vehicles the day after I was threatened off the property was removed

Exhibit E shows when kennys tow came into possession of the vehicles.

see Exhibit E-F

Exhibit F-shows paid. The opposing party sent my collegue Bruce Kolacki $1300 to his bank account to get the tahoe out of the impound under the conditions of removing my things from the property as soon as i receive the vehicle. I received the truck but did not remove my things that is why he

AMENDED COMPLAINT

4

did not send the money for the Mercedes to get released because I did not follow through with his plan. He tried to use my vehicles as leverage to get me to abandon my building and property.

I have been harrassed since then. I sent all my evidence to the judge on file and then the day of trial my judge was switched to someone else. The CRD in the courtroom said we dont usually hear cases like yours but today we will make an exception. A few days ago I was followed from the property by a sheriff with his sirens on. He followed me all the way inside the gate that I had to open and then he backed out. I called the station and asked if i could speak to the watch commander and Luitenant Madonando said he did not have any deputies dispatched to that location nor did he see any record of any deputies sent out to the location i was followed to.

I ask the watch commander to tell his deputies to leave me and my husband alone. Today is January 20,2023, I just got out of the hospital. I was in intensive care unit for a day and then they transferred me down stairs for 2 days. I almost died the day the deputy had followed me with his sirens on. I fear for my life.

REQUEST FOR RELIEF

AMENDED COMPLAINT

Plainitff requests the court grant her a order for protective order against the defendants.

Plaintiff requests this order state that the defendants pay her for the hardship she has endured while litigation has been pending.

to pay a total of $10,000. For not complying to a court ordered subpeona and for harrassment.

Any further relief the court may find appropriate.

DEMAND FOR A JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint.

DATED: January 20, 2023

signed : *Elizabeth Thomas*

Printed: Elizabeth Thomas

Elizabeth Thomas

Plaintiff

AMENDED COMPLAINT

6

**NATIONAL CONSTITUTION CENTER**



EXHIBIT A - FEDERAL Question Jurisdiction
28 U.S.C § 1331
Federal Law

**14TH AMENDMENT**

# Citizenship Rights, Equal Protection, Apportionment, Civil War Debt

**Signing Details**

More in The Constitution



**Share**

## Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or

property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## Section 2

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

## Section 3

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.




**STATE OF CALIFORNIA**
Office of the Secretary of State
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: BA20220797281
Date Filed: 9/2/2022

ExHIBIT B   Diversity Jurisdiction 28 U.S.C. §1332

| Entity Details | |
|---|---|
| Limited Liability Company Name | BV LAKEWOOD CARSON SE LLC |
| Entity No. | 202033510647 |
| Formed In | COLORADO |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 6400 S FIDDLERS GREEN CIRCLE, SUITE 1820 GREENWOOD VILLAGE, CO 80111 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 6400 S FIDDLERS GREEN CIRCLE, SUITE 1820 GREENWOOD VILLAGE, CO 80111 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | None |

| Manager(s) or Member(s) | |
|---|---|
| Manager or Member Name | Manager or Member Address |
| WILLIAM R ROTHACKER | 6400 S FIDDLERS GREEN CIRCLE, SUITE 1820 GREENWOOD VILLAGE, CO 80111 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | REGISTERED AGENT SOLUTIONS, INC. Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | REAL ESTATE |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

| Chief Executive Officer (CEO) | |
|---|---|
| CEO Name | CEO Address |
| None Entered | |

**Labor Judgment**
No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**
☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

TROY ALLEN, AUTHORIZED FILER         09/02/2022
Signature                              Date



# LOS ANGELES COUNTY JAIL
## BOOKING AND PROPERTY RECORD

EXHIBIT D

| Field | Value |
|---|---|
| BOOKING NO. | 6455511 |
| LOC. BKG | LKD |
| DR. LIC. NO. | E104159 |
| STATE | CA |
| ARRESTEE'S NAME LAST | THOMAS |
| FIRST | ELIZABETH |
| MIDDLE | MARIA |
| AGY. OR DETAIL ARRESTING | 1301 |
| DATE & TIME ARRESTED | 09-01-2022 0300 |
| LOCATION OF ARREST | 11747 CARSON STREET, LAKEWOOD |
| TOTAL BAIL | 5000 |
| CHARGE | 419PC / M / RETAKE LAND AFTER LEGAL REMOVAL |
| WARR./COMM. NO | N/A |
| JAIL LOC. | LKD |
| ARRAIGN. DATE | 09-02-2022 |
| TIME | 0830 |
| COURT | BELLFLOWER |

**Prisoner's Records**

Have AIDS — NO
Have VD — NO
Have Hepatitis — NO
Have TB — NO
Ever Have TB — NO

LOCATION OR DISPOSITION OF VEHICLE: **LEFT AT LOCATION**

| CASH RETAINED | PROPERTY |
|---|---|
| 0.00 | CLOTHING WORN |
| CASH DEPOSITED | PROPERTY |
| 0.00 | (2) BLK SHOES, SHOE LACES, CELL PHONE, KEYS, EYE GLASS FRAMES ONLY, DEBIT CARD, INHALER, BLK BRA |

Bulk Property: ☑ None   ☐ Yes

**Pink - Prisoner's Copy**

# NOTICE OF PENDING LIEN SALE FOR VEHICLE VALUED $4000 OR LESS
(Civil Code Sect. 3072)

www.ezLien
2022-01921

Exhibit E

**TO WHOM IT MAY CONCERN:**
This is to notify you that I intend to sell this vehicle at a Lien Sale (public sale) because my towing, storage or repair bill has not been paid. You may wish to take one of the following actions:
1. Pay my bill and reclaim the vehicle before the sale date.
2. Stop the Sale and dispute the lien in court. You may stop the sale by completing the Declaration of Opposition below and forwarding this notice to the DMV in the enclosed envelope within 10 days of the date this notice was mailed. However, if you are the last owner of record, you may be liable for removal and disposition costs and lien not satisfied by sale of the vehicle.
3. Disregard this notice if you no longer own or want this vehicle so I can proceed with the sale.

**NOTE TO THE LIENHOLDER:**
This notice is to be sent to the registered owner, legal owner, Department of Motor Vehicles, and any other person interested in this vehicle, 31 to 41 days before the date of sale (do not count day notice mailed). Send notice certified mail, return receipt requested, or U.S. Postal Service Certificate of Mailing.

**EXCEPTION:** Notice to the department must be sent by certified mail, return receipt requested.

At least 10 days before the sale, a copy of this notice shall be posted in a conspicuous place on the premises of the business office of the lienholder, and if the sale occurs at a place other than the business office, a notice must be posted at the site of the forthcoming sale.

## VEHICLE DESCRIPTION

| LICENSE NUMBER | STATE REGISTERED | LICENSE EXPIRATION DATE | VEHICLE IDENTIFICATION NUMBER (VIN) |
|---|---|---|---|
| 4VKJ644 | CA | 10/24/22 | WDBJF65J32B421904 |

| MAKE | YEAR | MODEL | BODY TYPE | ENGINE NUMBER (MOTORCYCLES ONLY) |
|---|---|---|---|---|
| MERCEDES-B | 2002 | E320 | 4D | |

| DATE VEHICLE CAME INTO MY POSSESSION | DATE OWNER BILLED FOR SERVICES/STORAGE | DATE WORK OR SERVICES COMPLETED | MY TOWING AND STORAGE WAS AUTHORIZED BY A PUBLIC AGENCY |
|---|---|---|---|
| 07/12/22 | 07/21/22 | | ☐ YES  ☒ NO |

**REGISTERED OWNER**

HUNTER NEITH ANDRINA/
KLEIMAN ROBERT A
14271 JEFFREY RD 509
IRVINE, CA   92620

## INFORMATION ABOUT MY LIEN

The amount and basis for my lien and outstanding parking violation bail is:

| STORAGE TO DATE | AT THE RATE OF | TOWING | REPAIRS | PRK.VIOLATIONS-CVC 22851.1 | COST TO CONDUCT LIEN SALE |
|---|---|---|---|---|---|
| $600.00 | $60.00 PER DAY | $225.00 | $ | $ | $70.00 |

**LEGAL OWNER**

## INFORMATION ABOUT THE SALE

This vehicle will be available for inspection at least one hour prior to the sale.

| DATE NOTICE OF SALE MAILED | DATE OF SALE | HOUR OF SALE |
|---|---|---|
| 07/21/22 | 08/22/22 | 10:00 AM |

| LOCATION OF SALE (STREET ADDRESS) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 17406 WOODRUFF AVE | BELLFLOWER | CA | 90706 |

## CERTIFICATION

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I have no information or belief that there is a valid defense to the claim which gives rise to the lien. I further certify (or declare) under penalty of perjury that the lien sale was conducted in accordance with the requirements of California Military and Veterans Code Sec. 407, 408, 409.1 and 409.3 and with the requirements of Sections 3952, 3953 and 3958 of Title 50 of the United States Code.

| DATE | SIGNATURE OF LIENHOLDER OR AGENT ACTING FOR LIENHOLDER | | BUREAU OF AUTOMOTIVE REPAIR # |
|---|---|---|---|
| 07/20/22 | X KENNYS AUTO SERVICE by /s/ | TELEPHONE NO. (562) 925-9531 | |

| LIENHOLDER (NAME) | | | |
|---|---|---|---|
| KENNYS AUTO SERVICE | | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 17406 WOODRUFF AVE | BELLFLOWER | CA | 90706 |

| AGENT ACTING FOR LIENHOLDER (NAME) | TELEPHONE NO. | REGISTRATION SERVICE NUMBER |
|---|---|---|
| | ( ) | |

Certified # to DMV: 7020 0090 0001 9435 2875
Department of Motor Vehicles
Lien Sale Unit
P.O. Box 932317
Sacramento, CA 94232-3170

**INTERESTED PARTIES**

KOLACKI BRUCE
20827 NORWALK BLVD APT 39
LAKEWOOD, CA   90715

## DECLARATION OF OPPOSITION
(Must be sent to DMV within 10 days of date notice of sale mailed)

**TO: DEPARTMENT OF MOTOR VEHICLES**
Please stop the lien sale of this vehicle because I wish to contest the claim of the lienholder. I understand the lienholder may file an action in court and if judgment is given in his/her favor, I may be liable for the court costs. The address at which I may be served or notified in person of any court action is:

| PRINT TRUE FULL NAME | | TELEPHONE NUMBER ( ) |
|---|---|---|
| | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

MAILING ADDRESS IF DIFFERENT FROM ABOVE

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE |
|---|---|
| | X |

**ATTENTION:** This Declaration of Opposition will not be valid unless you have signed, provided your true full name and a valid address. If the lienholder is unable to serve you with a court action, he/she will be allowed to continue with the lien sale (Civil Code 3072).

LIEN SALE UNIT
P.O. BOX 932317
SACRAMENTO, CA 94232-3170

?68 (REV. 1/2019)

# INVOICE

**KENNYS AUTO SERVICE**
17406 WOODRUFF AVE
BELLFLOWER, CA 90706

Telephone Number (562)925-9531
CA#

Control Number
2022-01910

Date In: 07/11/22
Time: 18:05

**Vehicle or Vessel Released to:**

ELIZABETH THOMAS
20827 NORWALK BL
LAKEWOOD, CA  90715-

Date Relea: 07/22/22
Time: 20:31

Invoice Date: 07/22/22

Upon request, you are entitled to receive a copy of the Towing Fees and Access Notice.

## Vehicle Description

| STATE | LICENSE NUMBER | EXPIRATION DATE | VEHICLE IDENTIFICATION NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| CA | 7KQZ079 | 03/08/23 | 1GNEC13T93R229843 | |
| YEAR | MAKE | | MODEL | ODOMETER |
| 2003 | CHEVROLET | | TAHOE | |

| Date | Actual charges applied to the vehicle described above | Amount |
|---|---|---|
| 07/11/22 | TOWING CHARGES | |
| 07/22/22 | TOWING CHARGE SUBTOTAL................................ 225.00 | 225.00 |
| | 12 DAYS STORAGE AT THE RATE OF $60.00 PER DAY..... | 720.00 |
| | TITLE SEARCH / LIEN PROCESSING FEES................ | 70.00 |
| | **TOTAL OF CHARGES LISTED ABOVE**...................... | $1,015.00 |
| | Adjustment / (Deficiency) | 112.50 |

| Invoice items | Charges | Balance |
|---|---|---|
| TOTAL CHARGES UP TO RELEASE | 1,015.00 | $1,015.00 |
| AFTER HR | 112.50 | $1,127.50 |
| **THE TOTAL AMOUNT OF THIS INVOICE IS DUE UPON RECEIPT** | | **$1,127.50** |

I/We the undersigned hereby acknowledge receipt of the vehicle described above and state under penalty of perjury under the laws of the State of California that I/we are legally entitled to this vehicle and assume all liability for the same from this time forward.

I/We further agree to indemnify and save harmless **KENNYS AUTO SERVICE**, its successors, assigns or agents, from any and all claims, actions, suits, agreements or liabilities arising from its possession of the vehicle described above.

**PAID**
VISA

(1) Signature of responsible party
(1) Printed name                    Date

(2) Signature of responsible party
(2) Printed name                    Date

(c) 2000,  www.ezSoftware.com

(Lienholder/Seller, retain a signed original for your records.)