JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CADENCE CAPITAL INVESTMENTS, LLC, et al.,<br><br>　　　　Defendants. | Case No. CV 22-7989-SPG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 10, 2023

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE